US DISTRICT COURT INDEX SHEET

















```
KAJ     4/10/03
3:03-CR-1088 USA V. METABOLIFE
*1*
*CRINDI*
```

**SECRET**

unsealed 7/27/04

FILED

03 APR 10 PM 2:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2002 Grand Jury

03 CR 01088 J

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 18, U.S.C., |
| ) | Sec. 1001 - False Statements; |
| METABOLIFE INTERNATIONAL, ) | Title 18, U.S.C., Sec. 1505 - |
| INC. (1), ) | Obstruction of Agency Proceedings |
| MICHAEL J. ELLIS (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about April 17, 1998, within the Southern District of California, defendants METABOLIFE INTERNATIONAL, INC. and MICHAEL J. ELLIS, in a matter within the jurisdiction of the United States Food and Drug Administration (hereinafter "the FDA"), a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in that they did represent and state to the FDA that "Metabolife has never received one notice from a consumer that any

//

PLBH:nlv(1):San Diego
4/9/03

/

serious adverse health event has occurred because of the ingestion of Metabolife 356" whereas in truth and fact, as defendants then and there well knew, this statement and representation was false, fictitious and fraudulent when made; all in violation of Title 18, United States Code, Section 1001.

### Count 2

On or about April 17, 1998, within the Southern District of California, defendants METABOLIFE INTERNATIONAL, INC. and MICHAEL J. ELLIS, in a matter within the jurisdiction of the FDA, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in that they did represent and state to the FDA that Metabolife had a "claims-free history," whereas in truth and fact, as defendants then and there well knew, this statement and representation was false, fictitious and fraudulent when made; all in violation of Title 18, United States Code, Section 1001.

### Count 3

On or about April 17, 1998, within the Southern District of California, defendants METABOLIFE INTERNATIONAL, INC. and MICHAEL J. ELLIS, in a matter within the jurisdiction of the FDA, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in that they did represent and state to the FDA that "there have been no serious adverse reports of any sort" whereas in truth and fact, as defendants then and there well knew, this statement and representation was false, fictitious and fraudulent when made; all in violation of Title 18, United States Code, Section 1001.

Count 4

On or about April 17, 1998, in the Southern District of California, defendants METABOLIFE INTERNATIONAL, INC. and MICHAEL J. ELLIS, did corruptly endeavor to influence, obstruct and impede, the due and proper administration of the law under which a pending proceeding (concerning the potential regulation of dietary supplements containing ephedrine alkaloids) was being had before the Department of Health and Human Services, Food and Drug Administration, by knowingly and willfully making false statements and representations as to material facts, and by knowingly and willfully falsifying, concealing, and covering up by trick, scheme or device material facts; all in violation of Title 18, United States Code, Section 1505.

DATED: April 10, 2003.

A TRUE BILL:

_____
Foreperson

CAROL C. LAM
United States Attorney

By: _____
PHILLIP L. B. HALPERN
Assistant U.S. Attorney

By: _____
KYLE W. HOFFMAN
Assistant U.S. Attorney